JUDGE HELLERSTEIN

08 CV 5490

MAHONEY & KEANE, LLP
Attorneys for Plaintiffs
MEDITERRANEAN SHIPPING CO. (USA) INC. and
MEDITERRANEAN SHIPPING CO. S.A.
11 Hanover Square, 10th Floor
New York, NY 10005
Tel (212) 385-1422
File No. 12/3584/B/08/5



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING CO. (USA) INC. and MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Plaintiff(s), <br><br> -against- <br><br> SBH LOGISTICS, INC., <br><br> Defendant(s). | 08-cv-_____ <br><br><br> RULE 7.1 STATEMENT |

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING CO. (USA) INC. and MEDITERRANEAN SHIPPING CO. S.A. (collectively "MSC"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MSC.

Dated: New York, New York

   June /3, 2008

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiffs
                              MEDITERRANEAN SHIPPING CO. (USA) INC.
                              and MEDITERRANEAN SHIPPING CO. S.A.

                         By: _____
                              Jorge A. Rodriguez