| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS, COMPLAINT**
EFFECTED (1) BY ME: **JOHN OBIE**
TITLE: **PROCESS SERVER**    DATE: 07/09/2008 07:04PM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SBH LOGISTICS, INC.

Place where served:

111 G. EDISON COURT   MONSEY NY 10952

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ISSAC ROSENFELD

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: BEARD-GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

STATEMENT OF SERVER

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE 07/09/2008

SIGNATURE OF JOHN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

7/9/08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY: JORGE A. RODRIGUEZ
PLAINTIFF: MEDITERRANEAN SHIPPING CO, ET AL
DEFENDANT: SBH LOGISTICS, INC.
VENUE: DISTRICT
DOCKET: 08 CV 5490

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.